| | |
|---|---|
| **PINNOCK & WAKEFIELD**<br>A Professional Corporation<br>David C. Wakefield, Esq.      Bar #: 185736<br>Michelle L. Wakefield, Esq.   Bar #: 200424<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA  92103<br>Telephone: (619) 858-3671<br>Facsimile: (619) 858-3646<br><br>Attorneys for Plaintiffs | FILED<br>2006 DEC 19 AM 11:01<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY ⸺⸺⸺⸺⸺ DEPUTY |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>SO SUNG HWAN d.b.a. WASABI SUSHI; MAN LEUNG WAI AND MON YIN WAI TRUST; And DOES 1 THROUGH 10, Inclusive<br><br>  Defendants. | Case No.: 06cv1645 BEN (LSP)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT WITH PREJUDICE OF AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

. **IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by Plaintiffs and Defendants, that Defendants SO SUNG HWAN d.b.a. WASABI SUSHI; and MAN LEUNG WAI AND MON YIN WAI TRUST are dismissed with prejudice from Plaintiffs' Complaint, Case Number:

1          Case Number: 06CV1645BEN(LSP)

Document Date: December 7, 2006

06cv1645 BEN (LSP). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 12/18/06

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE